IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50046
Summary Calendar

_____

MARTHA ALEYDA STANFORD,

                    Plaintiff-Appellant,

     v.

APPLIED MATERIALS, INC.,

                    Defendant-Appellee

_____

Appeal from the United States District Court
for the Western District of Texas
(A-96-CV-862)
_____

September 14, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Appellant Martha Aleyda Stanford appeals from an adverse
summary judgment dismissing her discrimination and retaliation
claim brought under Title VII of the Civil Rights Act of 1964, 42
U.S.C. § 2000, et seq., ("Title VII"), as well as her state law
claim for intentional infliction of emotional distress.

     After a careful de novo review of the record, the summary
judgment evidence presented to the district court, and the briefs
on appeal, we find no merit in appellant's arguments advanced in
opposition to the dismissal of her Title VII claim or her state

     [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

law claim.  We affirm for the reasons set forth in the very detailed and well reasoned Order by the magistrate judge granting the defendant's motion for summary judgment, dated December 18, 1997.

AFFIRMED.